UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KARL EPPICH and KATHI EPPICH, individually and on behalf of their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE, a corporation,<br><br>Defendant. | NO: 4:16-CV-5102-RMP<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

On December 21, 2016, the parties filed a Stipulated Motion to Dismiss all Claims with Prejudice, ECF No. 11.  The Plaintiffs and Defendant agree that all claims and potential claims that were brought, or that could have been brought by Plaintiffs in this action against Defendant, should be dismissed with prejudice and without an award of attorney's fees or costs to any party.   After reviewing the file and pleadings in this matter, the Court finds good cause to grant the motion to dismiss.

ORDER GRANTING MOTION TO DISMISS ~ 1

IT IS HEREBY ORDERED:

1. The Stipulated Motion to Dismiss, ECF No. 11 is **GRANTED**.

2. All claims are **dismissed with prejudice** and without an award of attorney's fees or costs to any party.

The District Court Clerk is directed to enter this Order and provide copies to counsel and **CLOSE** the file.

**DATED** this 21st day of December 2016.

                                      *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                     United States District Judge